USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
VICTORIA DEMCHENKO, et al.,

                                Plaintiffs,                    ORDER

              - against -                                     08 CV 00861 (PKC)

DANIEL TUFFARELLI, et al.,

                                Defendants.
-------------------------------------------------------x

On plaintiff's application and pursuant to FRCP 5.2(d), it is

ORDERED that the complaint in the above-entitled action is hereby sealed ~~and all other references to the infant plaintiffs in the online Electronic Case Filing system shall be amended so as to refer to said plaintiffs only by their initials.~~

Dated: New York, New York
February 4, 2008

_____
Hon. P. Kevin Castel, USDJ

A redacted complaint complying with Rule 5.2 (d) shall be filed by plaintiff's counsel on the public record within ten days hereof.