# SEGAL & GREENBERG LLP

179 FRANKLIN STREET
NEW YORK, NEW YORK 10013

212.297.0503
Fax 212.297.0572
www.segal-greenberg.com

WRITER'S E-MAIL
psegal@segal-greenberg.com

PHILIP C. SEGAL
MARGERY A. GREENBERG

WILLIAM R. DALSIMER
ELLIOT PODHORZER
LONI B. RUDOLPH
GABRIELLA F. RICHMAN

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-08
```

*Executed Complaint* [handwritten notation]

*Via Facsimile Only*

February 4, 2008

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

**MEMO ENDORSED**

Re: Victoria Demtchenko, et al. v. Daniel Tuffarelli, et al.
    08 CV 00861 (PKC)

Dear Judge Castel:

Segal & Greenberg LLP represents the plaintiffs in the above 42 U.S.C. § 1983 action, which was recently filed and assigned to you.

Through an oversight, the complaint did not comply with the privacy/redaction requirements of FRCP 5.2(a)(3) concerning the infant plaintiffs. Accordingly, we respectfully ask that, pursuant to FRCP 5.2(d), the complaint be sealed and ECF references be amended accordingly. An order to that effect is enclosed.

We apologize for the inconvenience and assure the court that we will comply with the privacy/redaction requirements set forth in FRCP 5.2(a) in every respect going forward.

Thank you.

Very truly yours,

*[signature]*

Philip C. Segal

Encl.

cc: N.Y.C. Law Department

*[Handwritten endorsement:]* The complaint on file with the Clerk is sealed. The docket sheet should reflect the initials of the plaintiffs. Plaintiffs shall file a redacted complaint within ten days. SO ORDERED *[signature]* USDJ 2-6-08