UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

VICTORIA DEMCHENKO, *et al.*,

                            Plaintiffs,

      -against-

DANIEL TUFFARELLI, *et al.*,

                            Defendants.

------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ. 861 (PKC)

        **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of defendant City of New York in the above-titled action.

Dated:        New York, New York
                 February 8, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      Attorney for Defendants
                                      100 Church Street, Room 2-301
                                      New York, N.Y. 10007
                                      (212) 788-0908
                                      Fax: (212) 788-0940
                                      tgantz@law.nyc.gov

                                      By: ___s/_____
                                         Toni Gantz (TG1198)
                                         Assistant Corporation Counsel

cc:      Philip C. Segal, Esq.
          Segal & Greenberg LLP
          179 Franklin Street
          New York, NY 10013
          (via ECF)