**MEMO ENDORSED**



| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | TONI GANTZ<br>phone: (212) 788-0908<br>fax: (212) 788-0940<br>email: tgantz@law.nyc.gov |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08
```

February 8, 2008

**BY FACSIMILE**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re: Demchenko v. Tuffarelli, 08 Civ. 861 (PKC)

Dear Judge Castel:

I represent defendant City of New York in the above-referenced matter, in which plaintiffs allege constitutional and state-law violations stemming from child protective proceedings involving plaintiffs A.D. and E.D. Defendant's response to plaintiffs' complaint is currently due on February 14, 2008. I write to respectfully request permission to submit a response to the complaint by April 14, 2008 on behalf of all defendants served by that date. This is defendant's first request for an extension, and plaintiffs' counsel has kindly consented to this request. The additional time is necessary to allow me to obtain the administrative record and hearing transcripts, fully investigate the allegations, research the applicable law, and prepare an appropriate response.

Thank you for your consideration of this request.

Respectfully submitted,

Toni Gantz
Assistant Corporation Counsel

cc:   Philip C. Segal, Esq. (by facsimile)

*[Handwritten endorsement: Response to complaint by defendants due April 14. SO ORDERED. /s/ 2-11-08]*