UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICTORIA DEMCHENKO, EDWARD
DEMTCHENKO and ALEXANDER
DEMTCHENKO, infants, by their parent
and natural guardian Victoria Demtchenko,
and ROBERT BYRD,　　　　　　　　　　　　　DECLARATION OF SERVICE

　　　　　　　Plaintiffs,

　　　　- against -　　　　　　　　　　　　　08 CV 00861 (PKC)

DANIEL TUFFARELLI, a caseworker
employed by the New York City
Administration for Children's Services,
JOHN DOE NUMBER 1 (name being
unknown), a supervisor employed by the
New York City Administration for
Children's Services, JOHN DOE NUMBER
2 (name being unknown), an officer employed
by the New York City Police Department,
JOHN DOE NUMBER 3 (name being
unknown), an officer employed by the New
York City Police Department, and the CITY
OF NEW YORK,

　　　　　　　Defendants.
------------------------------------------------------------x

　　I, the undersigned, declare:

　　1. I am not a party to the above-entitled action and I am not less than 18 years of age.

　　2. On January 25, 2008, I served the within summons and complaint on defendant Daniel Tuffarelli, a caseworker employed by the New York City Administration for Children's Services, by delivering a true and correct copy of the summons and complaint to the NYC Administration for Children's Services at 220 Church Street, New York, New York 10048.

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 25, 2008

_____
JENNIFER L. SORIA