UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICTORIA DEMCHENKO, EDWARD
DEMTCHENKO and ALEXANDER
DEMTCHENKO, infants, by their parent
and natural guardian Victoria Demtchenko,
and ROBERT BYRD,

                              Plaintiffs,

               - against -

DANIEL TUFFARELLI, a caseworker
employed by the New York City
Administration for Children's Services,
JOHN DOE NUMBER 1 (name being
unknown), a supervisor employed by the
New York City Administration for
Children's Services, JOHN DOE NUMBER
2 (name being unknown), an officer employed
by the New York City Police Department,
JOHN DOE NUMBER 3 (name being
unknown), an officer employed by the New
York City Police Department, and the CITY
OF NEW YORK,

                              Defendants.
------------------------------------------------------------x

DECLARATION OF SERVICE

08 CV 00861 (PKC)

     I, the undersigned, declare:

     1. I am not a party to the above-entitled action and I am not less than 18 years of age.

     2. On April 14, 2008, I served the within summons and complaint on defendant John Doe Number 1, a caseworker employed by the New York City Administration for Children's Services, by:

     a) Personally delivering a copy of the summons and redacted complaint to a person of suitable age and discretion at defendant John Doe Number 1's actual place of

business, i.e., at the New York City Administration for Children's Services, Office of Legal Affairs, 220 Church Street, New York, New York 10013; and

b) Depositing a copy of the summons and redacted complaint in a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the defendant, first class postage prepaid, and properly addressed to defendant John Doe Number 1, c/o the New York City Administration for Children's Services, Office of Legal Affairs, 220 Church Street, New York, New York 10013, that address being defendant John Doe Number 1's actual place of business, in a depository, maintained under the exclusive control of the United States Postal Service, located at New York, New York.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 14, 2008

*[signature]*
JENNIFER L. SORIA