UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E.D., A.D. and R.B.

                Plaintiff,

          -against-

Daniel Tuffarelli, et al.

                Defendant.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 0861 (PKC)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement* The parties advise they would be Ready for a settlement conference _____

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    _____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

_____
P. Kevin Castel
United States District Judge

DATED: New York, New York
          April 18, 2008