```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICTORIA DEMTCHENKO, et al.,

                     Plaintiffs,      STIPULATION &
                                        CONSENT ORDER

  - against -

                                            08 CV 861 (PKC)

DANIEL TUFFARELLI, et al.,

                     Defendants.
------------------------------------------------------------x

       IT IS HEREBY STIPULATED and agreed by and among the parties as follows:

       1.    Plaintiffs shall be permitted to file a First Amended Complaint (Exhibit A, hereto) and the same shall be deemed served on every defendant as of the date this Stipulation and Consent Order is signed by the Court.

       2.    Defendants shall serve and file a response to the First Amended Complaint within 45 days after the date this Stipulation and Consent Order is signed by the Court.

       3.    Following execution of this Stipulation and Consent Order by counsel for the parties, the same shall be submitted to the Hon. P. Kevin Castel, United States District Judge, for signature without further notice.

Dated: New York, New York
            _____, 2008

SEGAL & GREENBERG LLP          MICHAEL A. CARDOZO
Attorneys for Plaintiffs                 Corporation Counsel of the City of New York
179 Franklin Street                     Attorney for Defendants
New York, NY 10013                 100 Church Street, Room 2-301
(212) 297-0503                         New York, NY 10007
psegal@segal-greenberg.com      (212) 788-0908
                                            tgantz@law.nyc.gov
By: _/s/ Philip C. Segal_              By: _____
    Philip C. Segal                         Toni Gantz
                                        Assistant Corporation Counsel

SO ORDERED: _____
                HON. P. KEVIN CASTEL, U.S.D.J.
                5-5-08