```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VICTORIA DEMTCHENKO, et al.,

                Plaintiffs,

    - against -

DANIEL TUFFARELLI, et al.,

                Defendants.
-----------------------------------------------------------x

CONSENT ORDER

08 CV 00861 (PKC)

On consent, it is

ORDERED that the April 18, 2008, Civil Case Management Plan and Scheduling Order in the above-entitled action is hereby modified so as to direct the following:

1) All fact discovery shall be completed by September 8, 2008;

2) All expert discovery shall be completed by October 27, 2008; and

3) The next case management conference (which shall also be a pre-motion conference) shall be conducted on September 12, 2008, at 10:15 a.m. A.M./P.M. Pre-motion letters shall be due 10 days before the above conference date.

Dated: New York, New York
       June 10, 2008

                                            Hon. P. Kevin Castel, USDJ