UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

VICTORIA DEMTCHENKO, et al.,

                        Plaintiffs,

-against-

DANIEL TUFFARELLI, et al.,

                        Defendants.

------------------------------------------------------------- x

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/4/08

**REVISED CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

08 Civ. 861 (PKC)

On consent, it is hereby

ORDERED that the Civil Case Management Plan and Scheduling Order in the above-referenced action is hereby modified so as to direct the following:

1) All fact discovery shall be completed by November 7, 2008;

2) All expert discovery shall be completed by December 26, 2008; and

3) The next case management conference (which shall also be a pre-motion conference) shall be conducted on _November 14_____, 2008, at _10:30 a.m._, Pre-motion letters shall be due 10 days before the conference date.

Dated:    New York, New York
               8-3-_____, 2008

                                                           Honorable P. Kevin Castel
                                                           United States District Judge